No. 84–468. CITY OF CLEBURNE, TEXAS, ET AL. v. CLEBURNE LIVING CENTER, INC., ET AL. C. A. 5th Cir. [Certiorari granted, 469 U. S. 1016.] Motions of Association for Retarded Citizens of the United States et al. and National Association for

Rights Protection and Advocacy et al. for leave to file briefs as *amici curiae* granted.